



# MEMORANDUM OPINION

No. 04-12-00570-CV

**FOUNDATION HEALTHCARE AFFILIATES, LLC** & Foundation Healthcare Network, LLC,
Appellants

v.

Steven M. **HUFFMAN**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-08497
Honorable John D. Gabriel Jr., Judge Presiding

PER CURIAM

Sitting: Rebecca Simmons, Justice
    Steven C. Hilbig, Justice
    Marialyn Barnard, Justice

Delivered and Filed: October 24, 2012

DISMISSED

Appellants filed a motion to dismiss this appeal; it states the parties have reached an agreement to settle and compromise their differences in this suit. Appellants move this court to dismiss this appeal. Their motion indicates a copy of the motion was sent to all counsel of record.

Appellants' motion is granted and this appeal is hereby dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of this appeal are taxed against appellants.  *See id.* R. 42.1(d).


PER CURIAM